# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1106**                                   **September Term, 2025**

**DEA-91FR22714**

**Filed On: May 27, 2026** [2175160]

SAM, Inc. and National Drug and Alcohol
Screening Association, Inc.,

       Petitioners

    v.

United States Department of Justice, et al.,

       Respondents

------------------------------

Consolidated with 26-1130

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 26-1130 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | June 26, 2026 |
| Statement of Issues to be Raised | June 26, 2026 |

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

        BY:   /s/
                  Laura M. Morgan
                  Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form