No. 26-1130

# In the United States Court of Appeals for the District of Columbia

STATE OF NEBRASKA, STATE OF INDIANA, AND STATE OF LOUISIANA,
*Petitioners,*

v.

UNITED STATES DEPARTMENT OF JUSTICE, TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, DRUG ENFORCEMENT ADMINISTRATION, and TERRANCE C. COLE, in his official capacity as Administrator of the Drug Enforcement Administration,
*Respondents.*

---

**UNOPPOSED MOTION TO DISMISS THE STATE OF LOUISIANA AS A PETITIONER**

---

| | |
|---|---|
| ELIZABETH B. MURRILL<br>Attorney General of Louisiana | J. BENJAMIN AGUIÑAGA<br>Solicitor General |
| OFFICE OF THE ATTORNEY GENERAL<br>1885 N. 3rd St.<br>Baton Rouge, LA 70802<br>(225) 421-4088 | ZACHARY FAIRCLOTH<br>Principal Deputy Solicitor General<br><br>*Counsel for Louisiana* |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Under D.C. Circuit Rules 27(a)(4) and 28(a)(1)(A), counsel certifies that the parties in this Court are Petitioners State of Nebraska, State of Indiana, and State of Louisiana, and Respondents United States Department of Justice; Todd Blanche, in his official capacity as Acting Attorney General of the United States; Drug Enforcement Administration; and Terrance C. Cole, in his official capacity as Administrator of the Drug Enforcement Administration. No intervenors or amici curiae have appeared.

The ruling under review is the final agency action titled "Schedules of Controlled Substances: Rescheduling of Food and Drug Administration Approved Products Containing Marijuana From Schedule I to Schedule III; Corresponding Change to Permit Requirements," published at 91 Fed. Reg. 22,714 on April 28, 2026.

Counsel is not aware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

/s/ *Zachary Faircloth*
ZACHARY FAIRCLOTH

ii

## MOTION

Petitioner State of Louisiana respectfully moves under Federal Rule of Appellate Procedure 42(b), as applied through Federal Rule of Appellate Procedure 20, to dismiss Louisiana as a petitioner in this proceeding. This motion seeks dismissal of Louisiana only. Respondents do not oppose this motion.

Louisiana thus respectfully requests that the Court dismiss Louisiana only from this proceeding, with each party to bear its own costs.

Dated: May 29, 2026                    Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

J. BENJAMIN AGUIÑAGA
Solicitor General

*/s/ Zachary Faircloth*
ZACHARY FAIRCLOTH
Principal Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 421-4088

*Counsel for Louisiana*

1

## CERTIFICATE OF SERVICE

I certify that on May 29, 2026, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all counsel of record.

/s/ Zachary Faircloth
ZACHARY FAIRCLOTH

2

## CERTIFICATE OF COMPLIANCE

Pursuant to D.C. Circuit Rule 32, the undersigned certifies that this brief complies with:

(1) the type-volume limitations of Federal Rule of Appellate Procedure 27 because it contains 86 words; and

(2) the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook font) using Microsoft Word (the same program used to calculate the word count).

/s/ Zachary Faircloth
ZACHARY FAIRCLOTH

Dated:  May 29, 2026

3