# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1106**                                          **September Term, 2025**

**DEA-91FR22714**

**Filed On: July 7, 2026** [2182187]

SAM, Inc. and National Drug and Alcohol
Screening Association, Inc.,

       Petitioners

     v.

United States Department of Justice, et al.,

       Respondents

-----------------------------

Consolidated with 26-1130, 26-1136

## O R D E R

       Upon consideration of petitioners' unopposed motion for extension of time to file reply in support of a stay, it is

       **ORDERED** that the motion for extension of time be granted.  Petitioners' reply in support of their motion for stay pending review is now due July 16, 2026.

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

            BY:    /s/
                       Catherine J. Lavender
                       Deputy Clerk