# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1106**                              **September Term, 2025**

**DEA-91FR22714**

**Filed On: July 10, 2026**

SAM, Inc. and National Drug and Alcohol
Screening Association, Inc.,

       Petitioners

     v.

United States Department of Justice, et al.,

       Respondents

-----------------------------

Consolidated with 26-1130, 26-1136

## O R D E R

Upon consideration of the State of Louisiana's unopposed motion in No. 26-1130 to withdraw as a petitioner, it is

**ORDERED** that the motion be granted.  The Clerk is directed to note the docket to reflect the withdrawal of the State of Louisiana as a petitioner in these consolidated cases.

                                   **FOR THE COURT:**
                                   Clifton B. Cislak, Clerk

              BY:    /s/
                                   Francis A. Walter
                                   Deputy Clerk